## COMMISSIONERS v. KENAN.

(November 20, 1900.)

[For syllabus, see preceding case of *Williamson v. Jones*.]
FAIRCLOTH, C. J., dissenting.

CIVIL ACTION by the Board of Commissioners for the county of Duplin, trustees of the Dickson Charity Fund, and the State of North Carolina, on the relation of the Board of Commissioners of the county of Duplin and of the County Board of Education of Duplin County, against James G. Kenan, D. F. Chambers, Bland Wallace, A. F. Williams, L. M. Cooper, D. G. Morrisey, Thomas S. Kenan, W. L. Hill, and Stephen Graham, heard by Judge *Frederick Moore*, at Fall Term, 1900, of DUPLIN Superior Court.

From judgment for plaintiffs, defendants appealed.

*Stevens, Beasly & Weeks,* for plaintiffs.
*A. D. Ward,* for defendants.

PER CURIAM. This case is governed by the decision in *Williamson v. Jones,* at this term, and cases there cited. The account approved by the County Commissioners can not be

attacked, except for errors specially assigned or fraud set up in the answer. Laws 1899, chap. 15, sec. 111. The agreement in this case that the pleadings might be amended has no bearing, for the amended answer does not comply with the statute.

It is unnecessary to consider the other assignments of error, for, when the case goes down, it is in the power of the Judge to permit amendments, and the contentions of the parties may be thereby materially changed.

New trial.

FAIRCLOTH, C. J., dissents.